JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANNETTE HERNANDEZ, | CV 21-3097 PA (RAOx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| SFM, LLC, | |
| Defendant. | |

Pursuant to the Court's May 12, 2021 Minute Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claim under the Occupational Safety and Health Act of 1970, 29 U.S.C. §651 et seq., is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 12, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE